**PLAINTIFF BLUERADIOS, INC.'S WITNESS ORDER
IN CASE NO. 1:16-cv-02052-JLK**

*BlueRadios, Inc. v. Kopin Corporation, Inc.*

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Mark Kramer, President, Chief Executive Officer, and owner of BlueRadios | Direct: 7 hrs., Cross: 5 hrs., Re-direct: 0.75 hrs., Total: 12.75 hrs. | |
| Wilfred I. Tucker, former Chief Technology Officer and owner of BlueRadios | Direct: 5 hrs., Cross: 3.5 hrs., Re-direct: 0.5 hrs., Total: 9 hrs. | |
| Jeffrey J. Jacobsen, former Senior Advisor to the President and Golden-i Program Manager at Kopin (by videotaped deposition) | Total: 6–8 hrs. | |
| Dr. John C. C. Fan, Founder, Chairman, and former Chief Executive Officer and President at Kopin | Cross: 2 hrs., Direct: 3 hrs., Re-cross: 1.5 hrs., Total: 6.5 hrs. | |
| Joshua S. Matloff, former Attorney with HBSR (by videotaped deposition) | Total: 0.5 hrs. | |
| David Thibodeau, Jr., former Attorney with HBSR (by videotaped deposition) | Total: 20 min. | |
| Dr. Hong Choi, former Chief Technology Officer at Kopin | Cross: 2 hrs., Direct: 2 hrs., Recross: 1.5 hrs., Total: 5.5 hrs. | |
| John Paul Cass, former Attorney with HBSR (by videotaped deposition) | Total: 1 hrs. | |
| Gerald P. Kazanjian, former Attorney with HBSR (by videotaped deposition) | Total: 20 min. | |
| Randall R. Rader, BlueRadios' Patent Expert | Direct: 1.5 hrs., Cross: 1 hr., Re-direct: 0.5 hrs., Total: 3 hrs. | |
| Steven Pombo, former Kopin employee and current employee of RealWear (by videotaped deposition) | Cross: 1.5 hrs., Direct: 2 hrs., Re-cross: 1 hr., Total: 4.5 hrs. | |

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Dr. Edwin Hernandez, BlueRadios' Technical Expert | Direct: 6 hrs., Cross: 6 hrs., Re-direct: 0.75 hrs., Total: 12.75 hrs. | |
| Mark Pedigo, BlueRadios' Damages Expert | Direct: 2 hrs., Cross: 1.5 hrs., Re-direct: 0.5 hrs., Total: 4 hrs. | |
| Richard Sneider, Treasurer and Chief Financial Officer at Kopin (to be called in Kopin's case) | Direct: 2 hrs., Cross: 1.5 hrs., Total: 3.5 hrs. | |
| Dr. Christopher Parkinson, contractor on the Golden-i Project and former BlueRadios employee (to be called in Kopin's case) | Direct: 4.5 hrs., Cross: 3 hrs., Total: 7.5 hrs. | |
| **Rebuttal Witnesses** | | |
| Mark Kramer | Direct: 1 hr., Cross: 0.5 hrs., Total: 1.5 hrs. | |
| Wilfred I. Tucker | Direct: 0.5 hrs., Cross: 0.5 hrs., Total: 1 hr. | |
| Dr. Edwin Hernandez | Direct: 0.5 hrs., Cross: 0.5 hrs., Total: 1 hr. | |
| Mark Pedigo | Direct: 0.5 hrs., Cross: 0.5 hrs., Total: 1 hr. | |