**KOPIN'S WITNESS LIST IN CASE NO. 1:16-cv-02052-JLK**

*BlueRadios, Inc. v. Kopin Corporation*

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Jeffrey J. Jacobsen (via deposition designation) (to be called in BlueRadios' case) | Total: 6 hrs. | |
| Dr. John C.C. Fan, Founder, Chairman, and former Chief Executive Officer and President at Kopin (to be called in BlueRadios' case) | Cross: 2 hrs., Direct: 3 hrs., Re-cross: 1.5 hrs., Total: 6.5 hrs. | |
| Dr. Hong Choi, former Chief Technology Officer at Kopin (to be called in BlueRadios' case) | Cross: 2 hrs., Direct: 2 hrs., Recross: 1.5 hrs., Total: 5.5 hrs. | |
| Steven Pombo, former Kopin employee (via video conferencing) (to be called in BlueRadios' case) | Cross: 1.5 hrs., Direct: 4 hrs., Re-cross: 1 hr., Total: 6.5 hrs. | |
| Richard Sneider, Treasurer and Chief Financial Officer at Kopin | Direct: 4 hrs., Cross: 1.5 hrs., Total: 5.5 hrs. | |
| Dr. Christopher Parkinson, former Kopin contractor and employee | Direct: 4.5 hrs., Cross: 3 hrs., Total: 7.5 hrs. | |
| Irah Donner, Kopin's Patent Expert | Direct: 1 hr., Cross: 1 hr., Total: 2 hrs. | |
| W. Todd Schoettelkotte, Kopin's Damages Expert | Direct: 1.5 hrs., Cross: 1 hr., Total: 3 hrs. | |
| Josh Phinney, Kopin's Technical Expert | Direct: 5 hrs., Cross: 5.5 hrs., Total: 10.5 hrs. | |
| Michael Murray, Chief Executive Officer at Kopin | Direct: 1.5 hrs., Cross: 1 hr., Total: 2.5 hrs. | |