IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02052-JLK

BLUERADIOS, INC.,

    Plaintiff,

v.

KOPIN CORPORATION,

    Defendant.

---

### PLAINTIFF BLUERADIOS, INC.'S OBJECTION TO KOPIN'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

Plaintiff BlueRadios, Inc. ("BlueRadios") submits the following objection to the Notice of Supplemental Authority filed by Defendant Kopin Corporation ("Kopin") on March 7, 2025 (ECF No. 783) (the "Supplemental Statement").

1. On March 7, 2025, Kopin filed the Supplemental Statement. Kopin failed to request leave of Court prior to filing the Supplemental Statement..

2. Despite the clear language of D.C.Colo.LCivR.7.1(a) and as repeatedly mandated by this Court, Kopin failed to meet and confer prior to filing the Supplemental Statement.

3. The local rules do not specifically permit filing statements of supplemental authority. However, D.C.ColoLCivR.7.1(f) states "[i]f the matter is set for hearing, any supplemental authority shall be filed no later than seven days before the hearing." Similarly, in the appellate setting, Fed. R. App. P. 28(j) permits a party to submit a letter not containing argument of no more than 350 words explaining the reasons for the supplemental citations including why the supplemental authorities were not available at the time the briefs were filed.

73076927v1

Consequently, leave of the Court to file the Supplemental Statement should have been sought. Something Kopin failed to do.

4. Further, Kopin does not have good cause for seeking leave to file the Supplemental Statement because the Supplemental Statement does not identify "new authority." BlueRadios already alerted the Court of its intention to appeal the decision in the *HBSR* case. (*See* ECF No. 774 at 2 n.2). The Supplemental Statement merely repeats arguments that are irrelevant to and outside the scope of this case, especially at the JMOL stage.

5. The Supplemental Statement is over 1,500 words long. It contains extensive argument and inaccurately sets forth the law and the facts of this case and the *HBSR* case. All of the facts in the Supplemental Statement were available to Kopin prior to the trial of this matter that occurred during March–April 2024. In fact, Kopin moved *in limine* to have any mention of HBSR excluded at trial. (*See* ECF No. 514). There are no previously unknown facts or authorities cited in the Supplemental Statement.

WHEREFORE, BlueRadios objects to the Supplemental Statement filed by Kopin and thereby requests that the Court:

1. Strike the Supplemental Statement; and

2. Award BlueRadios such other and further relief as the Court deems just and proper.

DATED this 11th day of March, 2025.

Respectfully submitted,

By: */s/ Lena Streisand*
Stanley M. Gibson
sgibson@jmbm.com
Lena Streisand
lstreisand@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone:    310-203-8080
Facsimile:    310-712-8548

2

73076927v1

David B. Seserman
dseserman@seserman.law
SESERMAN LAW LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone:    303-900-2406
Facsimile:    303-670-0990

Joseph E. Kovarik
jkovarik@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Telephone:    303-863-9700
Facsimile:    303-863-0223

ATTORNEYS FOR PLAINTIFF BLUERADIOS, INC.

73076927v1

CERTIFICATE OF SERVICE

       I hereby certify that on March 11, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

                                            */s/ Lena Streisand*
                                            Lena Streisand
                                            JEFFER MANGELS BUTLER & MITCHELL LLP
                                            1900 Avenue of the Stars, 7th Floor
                                            Los Angeles, CA 90067
                                            Telephone:    (310) 203-8080
                                            E-mail:       lstreisand@jmbm.com

73076927v1