IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02052-JLK

BLUERADIOS, INC.,
a Colorado corporation,

    Plaintiff,

v.

KOPIN CORPORATION, INC.,
a Delaware corporation,

    Defendant.

---

**DEFENDANT KOPIN CORPORATION, INC.'S NOTICE OF APPEAL
TO THE U.S. COURT OF APPEALS TO THE FEDERAL CIRCUIT**

---

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1295(a)(1) and Fed. R. App. P. 4, Defendant Kopin Corporation, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Order and Judgment, entered September 5, 2025 (ECF Nos. 785 & 786), and from each and every part thereof, and any related rulings.

Dated:  October 2, 2025

Respectfully submitted,

*/s/ Derek L. Shaffer*
Derek L. Shaffer
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street, Suite 900
Washington, DC 20005
Telephone: +1.202.538.8000
Facsimile:  +1.202.538.8100
Email: derekshaffer@quinnemanuel.com

Steven Cherny
Alex H. Loomis
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Boston, MA 02199
Telephone: +1.617.712.7100
Facsimile:  +1.617.712.7200
Email: stevencherny@quinnemanuel.com
Email: alexloomis@quinnemanuel.com

*Attorneys for Defendant Kopin Corp.*