IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02052-JLK

BLUERADIOS, INC.,
a Colorado corporation,

    Plaintiff,

v.

KOPIN CORPORATION, INC.,
a Delaware corporation,

    Defendant.

---

**DEFENDANT KOPIN CORPORATION, INC.'S
UNOPPOSED MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND
TO STAY EXECUTION OF JUDGMENT PENDING APPEAL**

---

Defendant Kopin Corporation, Inc. respectfully moves for approval of a $23 million supersedeas bond, and for a stay of this Court's Judgment (ECF No. 786) and Order (ECF No. 785) pending appeal upon posting such a bond. A proposed bond and proposed order are appended as Exhibits A and B, respectively, to this motion.

Pursuant to D. Colo. L. Civ. R. 7.1(a), Kopin certifies that the parties have conferred extensively about the proper bond amount, and Plaintiff BlueRadios, Inc. consents to this motion.

"At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security." Fed. R. Civ. P. 62(b). "The purpose of a supersedeas bond is 'to secure the judgment throughout the appeal process against the possibility of the judgment debtor's insolvency.'" *Lech v. Jackson*, No. 16-CV-01956-PAB-MJW, 2018 WL 2183984, at *1 (D. Colo. May 10, 2018) (quoting *Grubb v. FDIC*, 833 F.2d 222,

1

226 (10th Cir. 1987)). "The general rule is that the supersedeas bond will be equal to the 'full amount of the judgment.'" *Id.* (quoting *Strong v. Laubach*, 443 F.3d 1297, 1299 (10th Cir. 2006)).

After extensive conferral, the parties have agreed that a supersedeas bond of $23 million suffices to secure the judgment throughout the appeal process. The judgment (ECF No. 786) and stipulated costs (ECF No. 787) total $19,824,311.44, the post-judgment interest rate is 3.85%, and the average Federal Circuit appeal from a district court judgment lasts 19 months. *See* United States Court of Appeals for the Federal Circuit, "Median Time to Disposition in Cases Terminated After Hearing or Submission Docketing Date to Disposition Date, in Months," Sept. 30, 2024, https://tinyurl.com/3kunrzm7. A $23 million bond—which exceeds 115% of the judgment—is more than sufficient to cover an appeal lasting several years, as well as any appellate fees and costs incurred on BlueRadios' part, assuming *arguendo* such fees and costs were available.[1]

For these reasons, Kopin respectfully requests that this Court approve a supersedeas bond of $23 million and stay execution of judgment upon the posting of such a bond.

---

[1] Kopin neither concedes that any fees or costs would be available if BlueRadios were to prevail on appeal, nor suggests that the amount by which this bond exceeds the judgment plus expected post-judgment interest would be reasonable for BlueRadios to incur, even assuming its fees and costs will otherwise be recoverable.

Dated: October 2, 2025

Respectfully submitted,

*/s/ Derek L. Shaffer*
Derek L. Shaffer
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street, Suite 900
Washington, DC 20005
Telephone: +1.202.538.8000
Facsimile: +1.202.538.8100
Email: derekshaffer@quinnemanuel.com

Steven Cherny
Alex H. Loomis
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Boston, MA 02199
Telephone: +1.617.712.7100
Facsimile: +1.617.712.7200
Email: stevencherny@quinnemanuel.com
Email: alexloomis@quinnemanuel.com

*Attorneys for Defendant Kopin Corp.*