**Exhibit 2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02052-JLK

BLUERADIOS, INC.,

Plaintiff,

v.

KOPIN CORPORATION,

Defendant.

---

**FINAL JUDGMENT**

---

The matter was tried on March 20, 2024, through April 22, 2024, before a Jury of twelve duly sworn to try the issues herein, the Honorable John L. Kane, Judge, presiding. The Jury rendered its verdicts on April 22, 2024. In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order, (Doc. No 785) of Judge John L. Kane entered on September 4, 2025, it is

ORDERED that judgment is entered in favor of BlueRadios and against Kopin on BlueRadios's claim for Breach of Contract, with BlueRadios taking $5,114 in general damages under this claim and no disgorgement damages. It is

FURTHER ORDERED that judgment is entered in favor of BlueRadios and against Kopin on BlueRadios's claim for Breach of the Implied Covenant of Good Faith and Fair Dealing, with BlueRadios taking $600,000 in damages under this claim and no disgorgement damages. It is

FURTHER ORDERED that judgment is entered in favor of BlueRadios in part, and in favor of Kopin in part, on BlueRadios's claim for violations of the Misappropriation of Trade Secrets Under the Colorado Uniform Trade Secrets Act. Judgment is entered in favor of BlueRadios and against Kopin as to BlueRadios's trade secret claims numbered 1, 2, 4, and 5. *See* Verdict Form at 7, ECF No. 726. BlueRadios is awarded $591,660 in unjust enrichment damages under this claim and $591,660 in exemplary damages for Kopin's willful and malicious conduct in connection with this claim. It is

FURTHER ORDERED that judgment is entered for Kopin and against BlueRadios as to BlueRadios's Colorado Uniform Trade Secrets Act claim numbered 3. *See id*. It is

FURTHER ORDERED that judgment is entered in favor of BlueRadios in part, and in favor of Kopin in part, on BlueRadios's claim for violations of the Misappropriation of Trade Secrets Under the Defend Trade Secrets Act. Judgment is entered in favor of BlueRadios and against Kopin on BlueRadios's trade secret claims numbered 1, 2, and 4. *See* Verdict Form at 10, ECF No. 726. BlueRadios is awarded $3,910,466 in unjust enrichment damages under this claim and $7,820,932 in exemplary damages for Kopin's willful and malicious conduct in connection with this claim. It is

FURTHER ORDERED that judgment is entered for Kopin and against BlueRadios as to BlueRadios's Defend Trade Secrets Act claim numbered 3. *See id*. It is

FURTHER ORDERED that judgment is entered in favor of BlueRadios in part, and in favor of Kopin in part, on BlueRadios's claim for Correction of Inventorship pursuant to 35 U.S.C. § 256. The Director of the United States Patent and Trademark

Office is ordered to add John Sample and Wilfred Tucker as inventors on the United States Patent No. 8,909,296, and Kopin is ordered to cooperate with BlueRadios to effectuate the change in inventorship, including executing or filing any necessary Petitions to Correct Inventorship. It is

FURTHER ORDERED that under CUTSA and DTSA, judgment is entered in favor of BlueRadios and against Kopin in the amount of $6,214,406.61 for the reasonable attorney fees BlueRadios incurred. It is

FURTHER ORDERED that, in accordance with my Order on Supplemental Motion for Award of Attorney Fees (ECF No. 729), judgment is entered in favor of BlueRadios and against Kopin in the amount of $203,159.15 for attorney fees and $28,799.19 for costs to compensate BlueRadios for Kopin's sanctionable discovery misconduct. It is

FURTHER ORDERED that BlueRadios is determined to be the prevailing party under Federal Rule of Civil Procedure 54(d). It is

FURTHER ORDERED that BlueRadios shall have 14 days to submit a bill of costs under Federal Rule of Civil Procedure 54, and the Clerk of the Court is directed to tax costs in favor of BlueRadios, provided that the costs conform with 28 U.S.C. § 1920. It is

FURTHER ORDERED the post-judgment interest shall accrue on the amount awarded in this matter at the legal rate of 3.85% per annum from the date of entry of Judgment. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 5th day of September, 2025.

APPROVED BY THE COURT:

John L. Kane
Senior United States District Court Judge

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ *B. Abiakam*

B. Abiakam, Deputy Clerk